# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1773
LT Case No. 2013-CF-002821

_____

MARCELLUS J.B. CHARLEMAGNE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Marcellus J.B. Charlemagne, Lake Butler, pro se.

No Appearance for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____